IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATARZYNA PIASCIK,<br><br>     Plaintiff,<br><br>vs.<br><br>C.TECH COLLECTIONS, INC.<br><br>     Defendant. | Civil Case No.: 1:25-cv-06632-DG-VMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT C.TECH COLLECTIONS, INC.** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Federal Rules of Civil Procedure, Plaintiff Katarzyna Piascik ("Plaintiff") hereby voluntarily dismisses her claims in this matter against Defendant C.Tech Collections, Inc., with prejudice.

Dated: January 2, 2026

               */s/ Meir Rubinov*
               Meir Rubinov, NY Bar No. 6077887
               **CONSUMER ATTORNEYS**
               6829 Main Street
               Flushing, New York 11367
               Telephone: 718-640-8123
               F: (718) 640-8123
               Email: mrubinov@consumerattorneys.com

               David Pinkhasov, Bar No. 5925904
               CONSUMER ATTORNEYS PLLC
               68-29 Main Street
               Flushing, New York 11367
               Telephone: 718-701-4605
               Email: dpinkhasov@consumerattorneys.com

               *Attorney for Plaintiff*
               *Katarzyna Piascik*

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Ann Stevenson*

2